**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DAVID L. WALLACE**                                                                                   **PLAINTIFF**

**V.**                                                         **CASE NO. 2:11CV00235-WAP-JMV**

**RESURGENT CAPITAL SERVICES, LP**
*as Third Party Management Agency for*
*LVNV Funding, LLC*, **ET AL.**                                                    **DEFENDANTS**

## ORDER GRANTING MOTION TO SEAL

     Before the court is Defendant Chase Bank USA, N.A.'s Motion to Seal Document (# 5). Specifically, Chase seeks an order sealing Exhibit "A" to its Answer (# 4) to the State Court Complaint. Because the document contains certain personal and sensitive information, the court finds the motion is well taken and is hereby GRANTED. However, the court finds inadequate grounds to seal the document permanently. Accordingly, within seven (7) days of this date, counsel for Chase shall re-file, as a separate docket entry, an appropriately redacted copy of Exhibit "A" to the Complaint.

     This, the 6th day of December, 2011.

                                                               /s/ Jane M. Virden
                                                               UNITED STATES MAGISTRATE JUDGE